IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

LARRY LENZ                                                                                         PLAINTIFF

VS.                                                                                            1:10-CV-179-AD

TATE COUNTY, MISSISSIPPI,
TATE COUNTY SHERIFF'S DEPARTMENT;
SHERIFF BRAD LANCE, Individually and in his official capacity
as Sheriff of Tate County, Mississippi;
W. SHELTON INGRAM, Individually and in his official
capacity as former Sheriff of Tate County, Mississippi;
CITY OF SENATOBIA; JASON WEST, Individually and
in his official capacity as police officer for the
Senatobia Police Department; AND JOHN DOES 1-20;
Individually and in their official capacities as officers of
Tate County, Mississippi and/or City of Senatobia, Mississippi      DEFENDANTS

## ORDER STAYING CASE

This matter is before the court on Defendants' motion to stay pending a ruling on the motion for summary judgment (#37). The basis of the motion for summary judgment is related to the qualified immunity of the defendants. Pursuant to Rule 16(b)(3) of the Uniform Local Rules for the Northern and Southern Districts of Mississippi:

> (B) Filing an immunity defense or jurisdictional defense motion stays the attorney conference and disclosure requirements and all discovery not related to the issue pending the court's ruling on the motion issue, including any appeal.
>
> (C) At the time the immunity defense or jurisdictional defense motion is filed, the moving party shall submit to the magistrate judge a proposed order granting the stay but permitting discovery relevant only to the defense raised in the motion.
>
> (D) The plaintiff must promptly notify the magistrate judge of a decision on the motion and must submit a proposed order lifting the stay. Within fourteen days of the order lifting the stay, the parties must confer in accordance with L.U.Civ.R. 26(c), and all other deadlines will be determined accordingly.

IT IS, THEREFORE, ORDERED that all proceedings herein, including the Case Management Conference and all motions filed by the parties herein, but excluding discovery relating to qualified immunity, shall be and are hereby stayed with regard to all parties, pending the court's ruling on the Motion for Summary Judgment.

IT IS FURTHER ORDERED that should the Motion for Summary Judgment be denied, plaintiff's counsel shall contact the court within ten days of the denial to advise of the need to re-schedule the Case Management Conference.

SO ORDERED, This the 15th day of June, 2011.

/s/David A. Sanders
United States Magistrate Judge